FELIX DONNELLY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Donnelly* v. *City of New York,* 53 App. Div. 447, affirmed.
(Argued February 11, 1901; decided March 1, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

July 19, 1900, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*John A. Quintard* for appellant.

*John Whalen, Corporation Counsel (William J. Carr* and *Luke D. Stapleton* of counsel), for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.